UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED SUPPRESSED

DEC 1 0 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
JACKIE MURPHY, )
)
Defendant. )

**4:20CR00795 CDP/JMB**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 01, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**JACKIE MURPHY,**

the defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

KOURTNEY M. BELL, #300171 (CA)
Assistant United States Attorney